UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> LUIS ALBERTO CASILLAS- ) <br> VAZQUEZ ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 20cr0308-JLS <br><br> **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the MOTION HEARING/TRIAL SETTING DATE be continued from March 19, 2021 at 1:30 p.m. to April 23, 2021, at 1:30 p.m.

IT IS FURTHER ORDERED that time is excluded in the interest of justice.

SO ORDERED.

DATED: March 17, 2021

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge